

CRYSTAL
BOHEMIA

In Poděbrady, September 18, 2024

Clerk of United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
USA

**Bankruptcy Case No. 22-10784-dsj**
**Dispute Proceeding No. 24-01115-dsj**

**in the matter of:**

| | |
|---|---|
| **Debtor:** | **RML, LLC** |
| **Plaintiff:** | **Liquidating Trustee of Old Revco GUC Liquidating Trust** |
| **Represented by:** | **Kara E. Casteel**<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, Mn 55121<br>Email: kcasteel@askllp.com |
| **Defendant:** | **Crystal BOHEMIA, a.s.**<br>Jiráskova 223<br>290 01 Poděbrady<br>Czech Republic |

Crystal BOHEMIA, a.s.
Head Office & Factory       Factory                    IČ: 28486722              fax: +420 325 611 619
Jiráskova 223               Zámecká 730                DIČ: CZ28486722          e-mail: company@crystal-bohemia.com
290 01 Poděbrady            582 91 Světlá nad Sázavou  phone 1: +420 325 610 042 www.crystal-bohemia.com
Czech Republic             Czech Republic             phone 2: +420 325 602 111 www.crystalite.org





## Response to the Complaint

*Attachments:*
- *Evidence No. 1 – Excel spreadsheet*
- *Evidence No. 2 – Bank statement from Raiffeisenbank*

### I.

**1.** By a letter from the District Court in Nymburk, Czech Republic, dated August 7, 2024, we received correspondence in both English and Czech, containing the Complaint for Avoidance and Recovery of Transfers under Chapter 11 U.S.C. §§ 547 and 550 (Bankruptcy Code) and Objection to Claims under Chapter 11 U.S.C. § 502 (hereinafter referred to as the **"Complaint"**), filed by the plaintiff, the Liquidating Trustee of Old Revco GUC Liquidating Trust (hereinafter referred to as the **"Plaintiff"**).

**2.** We, the defendant, Crystal Bohemia, a.s., Jiráskova 223, 290 01 Poděbrady, Czech Republic (hereinafter referred to as the **"Defendant"**), hereby submit this response to the Complaint.

### II.

**3.** The Defendant asserts that the claim made in the Complaint is not recognized.

### III.

**4.** The Defendant primarily does not recognize the jurisdiction and authority of the United States court, i.e. the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, USA, for the following reasons:

**5.** The Defendant, Crystal Bohemia, a.s., is a company established under the legal system of the Czech Republic, with its registered office in the Czech Republic, and is subject to the legal system of the Czech Republic, as set out in the Collection of Laws of the Czech Republic.

**6.** The jurisdiction and authority of the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, USA, in the matter at hand could only be established if permitted by the legal system of the Czech Republic or if such jurisdiction were established by an international treaty concluded between the Czech Republic and the United States. However, no such international treaty governing bankruptcy proceedings, i.e. the bankruptcy proceedings of a debtor based in the United States, has been concluded between the United States and the Czech Republic.

**Crystal BOHEMIA, a.s.**
Head Office & Factory
Jiráskova 223
290 01 Poděbrady
Czech Republic

Factory
Zámecká 730
582 91 Světlá nad Sázavou
Czech Republic

IČ: 28486722
DIČ: CZ28486722
phone 1: +420 325 610 042
phone 2: +420 325 602 111

fax: +420 325 611 619
e-mail: company@crystal-bohemia.com
www.crystal-bohemia.com
www.crystalite.org




**7.** The Defendant states that conflicts of law are governed under Czech law, particularly by Act No. 91/2012 of the Collection of Laws of the Czech Republic, the Act on Private International Law. The area of bankruptcy law, i.e. substantive law, is also regulated by Act No. 182/2006 of the Collection of Laws, the Insolvency Act. Neither of these laws establishes the jurisdiction or authority of the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, USA.

**In view of the lack of jurisdiction and authority of the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, USA, the Defendant proposes that the proceedings be dismissed due to the lack of jurisdiction and authority.**

## IV.

**8.** Notwithstanding the aforementioned, the Defendant would like to comment on the claim as a precaution, although he is not obliged to do so.

**9.** As the Defendant has stated, the area of substantive bankruptcy law is governed by Act No. 182/2006 of the Collection of Laws, the Insolvency Act (hereinafter referred to as the **"Czech Insolvency Act"**).

**10.** According to the Complaint, under the section "Nature of the Case," the Plaintiff requests the avoidance and recovery from the Defendant, in whose favor they were made, of all preferential transfers of assets that occurred within the 90 (ninety) days prior to the commencement of the bankruptcy proceedings of Revlon, Inc. and its affiliated debtors under §§ 547 and 550 of Chapter 5 of Title 11 of the U.S. Code (hereinafter referred to as the **"U.S. Bankruptcy Code"**). Furthermore, the Plaintiff requests that the court, under §§ 502(d) and (j) of the U.S. Bankruptcy Code, disallow any claims that the Defendant has filed or asserted against the Debtors, or any claims scheduled for adjudication.

**11.** As the Defendant has already stated, since it is based in the Czech Republic and is subject to Czech law, and as no international treaty provides otherwise, the case should (if applicable) be assessed under the Czech Insolvency Act. The Czech legal provisions most analogous to "preferential transfers" of the Debtor's assets are set out in §§ 235-242 of the Czech Insolvency Act. Under this legal framework, the transactions between the Debtors and the Defendant cannot in any way be considered "preferential transfers" of assets.

**12.** The Defendant states that business relations between the Defendant and the Debtors have been ongoing since September 2021 to the present. These relations involve the delivery of manufactured

**Crystal BOHEMIA, a.s.**
Head Office & Factory    Factory    IČ: 28486722    fax: +420 325 611 619
Jiráskova 223    Zámecká 730    DIČ: CZ28486722    e-mail: company@crystal-bohemia.com
290 01 Poděbrady    582 91 Světlá nad Sázavou    phone 1: +420 325 610 042    www.crystal-bohemia.com
Czech Republic    Czech Republic    phone 2: +420 325 602 111    www.crystalite.org





goods based on the Debtors' orders, which have proceeded smoothly, with the Defendant, as the supplier, delivering goods to the Debtor and receiving payment for these goods. There is nothing preferential or advantageous about this business relationship, and the Defendant is highly surprised by the filing of this entirely baseless Complaint.

**13.** In any case, the U.S. legal framework also provides the Defendant with a potential defense under § 547(c)(2) of the U.S. Bankruptcy Code, as the Defendant has been advised. This is the defense of "ordinary course of business." As part of the Defendant's potential defense, although the jurisdiction and authority of the U.S. court are not established, the Defendant, out of caution, states the following:

**a)** The ordinary course of business between the Defendant and the Debtor has been ongoing from September 7, 2021, to the present (the entire period of business relations). As *Evidence No. 1*, we are submitting an Excel spreadsheet listing "invoice", "settlement date", "customer country", "customer name", "quantity", "ZMJ", "OP in currency" and "currency";

**b)** To verify payments for the goods, we are submitting as *Evidence No. 2* a bank statement from Raiffeisenbank covering the entire period of business cooperation.

V.

**14. In light of the above, and notwithstanding the inadmissibility of the Complaint due to lack of jurisdiction and authority in this case, the Defendant, as a precaution, proposes that the court dismiss the Complaint even under the application of the U.S. Bankruptcy Code.**

............................................

**Crystal BOHEMIA, a.s.**

Represented by: Mgr. Luděk Dobiáš, Member of the Board

**Crystal BOHEMIA, a.s.**
Head Office & Factory
Jiráskova 223
290 01 Poděbrady
Czech Republic

Factory
Zámecká 730
582 91 Světlá nad Sázavou
Czech Republic

IČ: 28486722
DIČ: CZ28486722
phone 1: +420 325 610 042
phone 2: +420 325 602 111

fax: +420 325 611 619
e-mail: company@crystal-bohemia.com
www.crystal-bohemia.com
www.crystalite.org

# REVLON - list of invoices

| Invoice | Billing date | Customer country | Customer name | Quantity | ZMJ | Price in currency | Currency | Comment |
|---|---|---|---|---|---|---|---|---|
| 9010016477 | 07.09.2021 | US | Revlon Consumer Products Corp. | 40 000,00 | KS | 68 000,00 | USD | |
| 9010016560 | 14.09.2021 | US | Revlon Consumer Products Corp. | 20 000,00 | KS | 39 300,00 | USD | |
| 9010016753 | 22.09.2021 | US | Revlon Consumer Products Corp. | 14 000,00 | KS | 25 920,00 | USD | |
| 9010016893 | 30.09.2021 | US | Revlon Consumer Products Corp. | 12 400,00 | KS | 22 352,00 | USD | |
| 9010017014 | 07.10.2021 | US | Revlon Consumer Products Corp. | 10 000,00 | KS | 17 000,00 | USD | |
| 9010017107 | 14.10.2021 | US | Revlon Consumer Products Corp. | 7 500,00 | KS | 16 725,00 | USD | |
| 9010017226 | 25.10.2021 | US | Revlon Consumer Products Corp. | 15 000,00 | KS | 33 450,00 | USD | |
| 9010017346 | 29.10.2021 | US | Revlon Consumer Products Corp. | 12 000,00 | KS | 26 760,00 | USD | |
| 9010017501 | 11.11.2021 | US | Revlon Consumer Products Corp. | 22 500,00 | KS | 50 175,00 | USD | |
| 9010017577 | 16.11.2021 | US | Revlon Consumer Products Corp. | 15 000,00 | KS | 33 450,00 | USD | |
| 9010017700 | 26.11.2021 | US | Revlon Consumer Products Corp. | 16 600,00 | KS | 37 018,00 | USD | |
| 9010017829 | 06.12.2021 | US | Revlon Consumer Products Corp. | 13 400,00 | KS | 29 882,00 | USD | |
| 9010017977 | 14.12.2021 | US | Revlon Consumer Products Corp. | 35 000,00 | KS | 67 450,00 | USD | |
| 9010018067 | 17.12.2021 | US | Revlon Consumer Products Corp. | 0 | KS | 9 000,00 | USD | transport |
| 9010018084 | 20.12.2021 | US | Revlon Consumer Products Corp. | 13 100,00 | KS | 29 213,00 | USD | |
| 9010018320 | 11.01.2022 | US | Revlon Consumer Products Corp. | 15 000,00 | KS | 33 450,00 | USD | |
| 9010018367 | 17.01.2022 | US | Revlon Consumer Products Corp. | 15 000,00 | KS | 33 450,00 | USD | |
| 9010018518 | 26.01.2022 | US | Revlon Consumer Products Corp. | 5 000,00 | KS | 11 150,00 | USD | |
| 9010019097 | 11.03.2022 | US | Revlon Consumer Products Corp. | 20 000,00 | KS | 34 000,00 | USD | |
| 9010019998 | 26.05.2022 | US | Revlon Consumer Products Corp. | 25 000,00 | KS | 42 500,00 | USD | |
| 9010020065 | 31.05.2022 | US | Revlon Consumer Products Corp. | 20 000,00 | KS | 44 600,00 | USD | |
| 9010021555 | 16.09.2022 | US | Revlon Consumer Products Corp. | 25 000,00 | KS | 42 500,00 | USD | |
| 9010021840 | 11.10.2022 | US | Revlon Consumer Products Corp. | 20 000,00 | KS | 34 000,00 | USD | |
| 9010023091 | 16.01.2023 | US | Revlon Consumer Products Corp. | 14 067,00 | KS | 23 913,90 | USD | |
| 9010023453 | 13.02.2023 | US | Revlon Consumer Products Corp. | 20 000,00 | KS | 34 000,00 | USD | |
| 9010024035 | 24.03.2023 | US | Revlon Consumer Products Corp. | 20 000,00 | KS | 34 000,00 | USD | |
| 9010024978 | 12.06.2023 | US | Revlon Consumer Products Corp. | 20 000,00 | KS | 34 000,00 | USD | |
| 9010027341 | 30.11.2023 | US | Revlon Consumer Products Corp. | 10 050,00 | KS | 17 085,00 | USD | |
| 9010027586 | 20.12.2023 | US | Revlon Consumer Products Corp. | 20 100,00 | KS | 34 170,00 | USD | |
| 9010028161 | 19.02.2024 | US | Revlon Consumer Products Corp. | 20 100,00 | KS | 34 170,00 | USD | |
| 9010028925 | 13.05.2024 | US | Revlon Consumer Products Corp. | 20 100,00 | KS | 34 170,00 | USD | |
| 9010029204 | 07.06.2024 | US | Revlon Consumer Products Corp. | 15 000,00 | KS | 34 050,00 | USD | |
| 9010029551 | 15.07.2024 | US | Revlon Consumer Products Corp. | 11 200,00 | KS | 19 040,00 | USD | |
| | | | | 562 117,00 | | 1 079 943,90 | | |


| Account Number: | 5406028241/5500 USD |
|---|---|
| Account Name: | CRYSTAL BOHEMIA, A.S |

| Transaction Date Booking Date | Transaction Category Account Number Name of Account | Transaction type Message Note | VS KS SS | Fee | Booked amount Orig. Amt and Currency Exchange Rate |
|---|---|---|---|---|---|
| 11.09.2024 11.09.2024 | Foreign Payment | Incoming foreign payment (SHA) 34170USD/34140USD/SHA// 38695442/REVLON CONSUMER PRODUCTS LLC/3300008350 / VYL.ZPR.BANK 30USD, | 558 | | 34 140,00 |
| 19.06.2024 19.06.2024 | Foreign Payment | Incoming foreign payment (SHA) 34170USD/34140USD/SHA// 38695442/REVLON CONSUMER PRODUCTS LLC/3300005452 / VYL.ZPR.BANK 30USD, | 558 | | 34 140,00 |
| 26.04.2024 26.04.2024 | Foreign Payment | Incoming foreign payment (SHA) 34170USD/34140USD/SHA// 38695442/REVLON CONSUMER PRODUCTS LLC/3300003422 / VYL.ZPR.BANK 30USD, | 558 | | 34 140,00 |
| 27.03.2024 27.03.2024 | Foreign Payment | Incoming foreign payment (SHA) 17085USD/17060USD/SHA// 38695442/REVLON CONSUMER PRODUCTS LLC/3300002321 / VYL.ZPR.BANK 25USD, | 558 | | 17 060,00 |
| 04.10.2023 04.10.2023 | Foreign Payment | Incoming foreign payment (SHA) 34000USD/33970USD/SHA// 38695442/REVLON CONSUMER PRODUCTS LLC/3300010674 / VYL.ZPR.BANK 30USD, | 558 | | 33 970,00 |
| 20.07.2023 20.07.2023 | Foreign Payment | Incoming foreign payment (SHA) 34000USD/33970USD/SHA// 38695442/REVLON CONSUMER PRODUCTS LLC/3300007782 / VYL.ZPR.BANK 30USD, | 558 | | 33 970,00 |
| 28.06.2023 28.06.2023 | Foreign Payment | Incoming foreign payment (SHA) 34000USD/33970USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300007030 / VYL.ZPR.BANK 30USD, | 558 | | 33 970,00 |
| 16.05.2023 16.05.2023 | Foreign Payment | Incoming foreign payment (SHA) 23913.9USD/23888.9USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300005425 / VYL.ZPR.BANK 25USD, | 558 | | 23 888,90 |
| 07.02.2023 07.02.2023 | Foreign Payment | Incoming foreign payment (SHA) 34000USD/33970USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300001348/ VYL.ZPR.BANK 30USD, | 558 | | 33 970,00 |
| 20.12.2022 20.12.2022 | Foreign Payment | Incoming foreign payment (SHA) 42500USD/42470USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300011353/ VYL.ZPR.BANK 30USD, | 558 | | 42 470,00 |
| 18.08.2022 18.08.2022 | Foreign Payment | Incoming foreign payment (SHA) 20400USD/20375USD/SHA// 38695442/REVLON CONSUMER | 558 | | 20 375,00 |

**Raiffeisenbank a.s.**, Hvězdova 1716/2b • PO box 64 • 140 78 Prague 4 • tel.: +420 412 440 000 • e-mail: info@rb.cz • web: www.rb.cz • IN: 49240901 entered in the Commercial Register maintained by the Municipal Court of Prague, file. no. B, 2051

 **Raiffeisen BANK**

*Client inspired banking*

**Transaction history – current account**
for period 01.01.2021 - 18.09.2024

| Transaction Date Booking Date | Transaction Category Account Number Name of Account | Transaction type Message Note | VS KS SS | Fee | Booked amount Orig. Amt and Currency Exchange Rate |
|---|---|---|---|---|---|
| 21.07.2022 21.07.2022 | Foreign Payment | Incoming foreign payment (SHA) 87100USD/87070USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300005792/ VYL.ZPR.BANK 30USD, | 558 | | 87 070,00 |
| 12.05.2022 12.05.2022 | Foreign Payment | Incoming foreign payment (SHA) 11150USD/11125USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300004156/ VYL.ZPR.BANK 25USD, | 558 | | 11 125,00 |
| 05.05.2022 05.05.2022 | Foreign Payment | Incoming foreign payment (SHA) 239463USD/239433USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300003885/ VYL.ZPR.BANK 30USD, | 558 | | 239 433,00 |
| 22.04.2022 22.04.2022 | Foreign Payment | Incoming foreign payment (SHA) 160560USD/160530USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300003476/ VYL.ZPR.BANK 30USD, | 558 | | 160 530,00 |
| 21.01.2022 21.01.2022 | Foreign Payment | Incoming foreign payment (SHA) 17000USD/16975USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300000563/ VYL.ZPR.BANK 25USD, | 558 | | 16 975,00 |
| 13.01.2022 13.01.2022 | Foreign Payment | Incoming foreign payment (SHA) 22352USD/22327USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300000335/ VYL.ZPR.BANK 25USD, | 558 | | 22 327,00 |
| 07.01.2022 07.01.2022 | Foreign Payment | Incoming foreign payment (SHA) 25920USD/25890USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300000187/ VYL.ZPR.BANK 30USD, | 558 | | 25 890,00 |
| 27.12.2021 27.12.2021 | Foreign Payment | Incoming foreign payment (SHA) 107300USD/107270USD/SHA// 38695442/REVLON CONSUMER PRODUCTS CORP/3300012231/ VYL.ZPR.BANK 30USD, | 558 | | 107 270,00 |
| 28.06.2021 28.06.2021 | Foreign Payment | Incoming foreign payment (SHA) .01USD/.01USD/SHA//38695442/ REVLON CONSUMER PRODUCTS CORPORATIO/US172021Z000912/ | 558 | | 0,01 |

**Raiffeisenbank a.s.**, Hvězdova 1716/2b • PO box 64 • 140 78 Prague 4 • tel.: +420 412 440 000 • e-mail: info@rb.cz • web: www.rb.cz • IN: 49240901 entered in the Commercial Register maintained by the Municipal Court of Prague, file. no. B, 2051